# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| I.C. SECURITY PRINTERS, INC.-MARKETING, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOMOCREDIT, INC., a Delaware corporation,<br><br>Defendant. | ORDER<br><br><br>Case No. 2:23-cv-00099-JCB<br><br><br>Magistrate Judge Jared C. Bennett |

Under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have consented to Judge Jared C. Bennett conducting all proceedings in this case, including entry of final judgment.[1] Before the court is Robert P. Harrington and Taylor J. Hadfield's motion to withdraw as counsel for Defendant TomoCredit, Inc. ("TomoCredit").[2]

For the reasons set forth in the motion, and based upon its compliance with DUCivR 83-1.4, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1. Robert P. Harrington and Taylor J. Hadfield are withdrawn as counsel for TomoCredit.

2. Under DUCivR 83-1.4(e)(1), this case is stayed until 21 days after entry of this order.

---

[1] ECF No. 10.

[2] ECF No. 16.

3. Under DUCivR 83-1.4(e)(2), the court will send this order to all parties and to TomoCredit at its address listed in the motion to withdraw as counsel.

4. Under DUCivR 83-1.4(e)(3)(B), new counsel for TomoCredit must file a notice of appearance within 21 days after entry of this order.

5. Under DUCivR 83-1.3(c), no corporation, association, partnership, or other artificial entity may appear pro se, but instead must be represented by an attorney who is admitted to practice in this court.

6. Under DUCivR 83-1.4(e)(5), if TomoCredit fails to have new counsel file a notice of appearance within 21 days after entry of this order, TomoCredit may be subject to sanctions under Fed. R. Civ. P. 16(f)(1), including, but not limited to, dismissal or default judgment.

IT IS SO ORDERED.

DATED this 11th day of September 2023.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge