## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **I.C. SECURITY PRINTERS, INC.-MARKETING, a Utah Corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOMOCREDIT, INC., a Delaware Corporation,**<br><br>**Defendant.** | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case No. 2:23-cv-00099-JCB**<br><br>**Magistrate Judge Jared C. Bennett** |

Pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Stipulated Motion for Entry of an Order of Dismissal of All Claims with Prejudice that was jointly filed by the parties,[1] and for good cause therein appearing, IT IS HEREBY ORDERED and ADJUDGED that:

1. The parties have represented that they resolved their claims through mediation and have executed a settlement agreement;

2. The Stipulated Motion for Entry of an Order of Dismissal of All Claims with Prejudice is hereby approved and GRANTED; and

3. This action, including all claims, causes of action, and claims for relief, is HEREBY DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

---

[1] ECF No. 20.

IT IS SO ORDERED.

DATED this 20th day of November 2023.

BY THE COURT:

_____

JARED C. BENNETT
United States Magistrate Judge